ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LVBK, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:18-cv-00676-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff LVBK, LLC (**LVBK**), and Defendant Bank of America, N.A. (**BANA**), hereby stipulate and agree that BANA shall have up to and including **May 7, 2018**, to file its response to the plaintiff's complaint, which is currently due on April 27, 2018.

Good cause exists to grant the requested extension. BANA requested the extension from plaintiff so that the parties can explore settlement options. This stipulation shall not be construed as a waiver of Plaintiff's right to file a motion to remand this matter pursuant to 28 U.S. Code § 1447 or otherwise challenge BANA's notice of removal filed April 13, 2018 (Dkt. 1).

…

…

…

…

44951876;1
44957047;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 17th day of April, 2018.

| **AKERMAN LLP** | **DURRANT PETERSON LLP** |
|---|---|
| /s/ *William S. Habdas* | /s/ *C. Robert Peterson* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572 | NEIL B. DURRANT, ESQ.<br>Nevada Bar No. 7324<br>C. ROBERT PETERSON, ESQ.<br>Nevada Bar No. 11680<br>11125 S. Eastern Avenue, Suite 120<br>Henderson, NV 89052<br>Telephone: (702) 430-7888<br>Facsimile: (702) 430-9993 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for LVBK, LLC* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: April 18, 2018

44951876;1
44957047;1