1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

11 | LVBK, LLC,                                        Case No.: 2:18-cv-00676-RFB-NJK

12 |          Plaintiff(s),                            **Order**

13 | v.

14 | BANK OF AMERICA, N.A.,

15 |          Defendant(s).

16          To date, the parties have not filed a stipulated discovery plan as required by Local Rule

17 26-1(a).  The parties are hereby **ORDERED** to file, no later than July 3, 2018, either (1) a joint

18 proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should

19 not be filed at this time.

20          IT IS SO ORDERED.

21          Dated: June 26, 2018

22

23                                                    Nancy J. Koppe
                                                      United States Magistrate Judge

24

25

26

27

28