NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
DURRANT PETERSON LLP
11125 South Eastern Ave., Suite 120
Henderson, NV 89052
Telephone: (702) 430-7888
Facsimile: (702) 430-9993
ndurrant@durrantpeterson.com
bpeterson@durrantpeterson.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LVBK, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:18-cv-00676-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS [DKT 15]**<br><br>**(FIRST REQUEST)** |

Plaintiff LVBK, LLC (**LVBK**), and Defendant Bank of America, N.A. (**BANA**), hereby stipulate and agree that LVBK shall have up to and including **August 10, 2018**, to file its response to the BANA's Motion for Judgment on the Pleadings [Docket No. 15]. The current deadline is August 3, 2018.

Good cause exists to grant the requested extension based on the schedule of LVBK's attorney and the parties' agreement.

…

…

…

…

1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of August, 2018.

| **AKERMAN LLP** | **DURRANT PETERSON LLP** |
|---|---|
| /s/ William S. Habdas<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone:    (702) 634-5000<br>Facsimile:    (702) 380-8572<br><br>*Attorneys for Bank of America, N.A.* | /s/ C. Robert Peterson<br>NEIL B. DURRANT, ESQ.<br>Nevada Bar No. 7324<br>C. ROBERT PETERSON, ESQ.<br>Nevada Bar No. 11680<br>11125 S. Eastern Avenue, Suite 120<br>Henderson, NV 89052<br>Telephone:    (702) 430-7888<br>Facsimile:    (702) 430-9993<br><br>*Attorneys for LVBK, LLC* |

**IT IS SO ORDERED.**

_____

RICHARD F. BOULWARE, II
United States District Court

DATED:   August 6, 2018.

2