ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LVBK, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:18-cv-00676-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

LVBK, LLC (**LVBK**) and Bank of America, N.A. (**BANA**), hereby stipulate and agree that BANA shall have an additional fourteen (14) days, up to and including **September 4, 2018**, to file its reply in support of motion for judgment on the pleadings, which is currently due on August 20, 2018, pursuant to ECF No. 20. The motion was filed on July 20, 2018, and the response was filed on August 13, 2018. The reason for the request is to allow counsel for BANA additional time for client approval.

…

…

…

…

46129445;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of August, 2018.

| **AKERMAN LLP** | **DURRANT PETERSON LLP** |
|---|---|
| */s/ William S. Habdas* | */s/ C. Robert Peterson* |
| ARIEL E. STERN, ESQ. | NEIL B. DURRANT, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7324 |
| WILLIAM S. HABDAS, ESQ. | C. ROBERT PETERSON, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 11680 |
| 1635 Village Center Circle, Suite 200 | 11125 S. Eastern Avenue, Suite 120 |
| Las Vegas, NV 89134 | Henderson, NV 89052 |
| Telephone: (702) 634-5000 | Telephone: (702) 430-7888 |
| Facsimile: (702) 380-8572 | Facsimile: (702) 430-9993 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for LVBK, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: August 20, 2018.