ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LVBK, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:18-cv-00676-RFB-NJK<br><br>**STIPULATION AND ORDER TO STAY TRIAL ORDER PENDING RESOLUTION OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

LVBK, LLC (**LVBK**) and Bank of America, N.A. (**BANA**), hereby stipulate and agree to stay the issuance of a trial order in this matter pending resolution of the motion for judgment on the pleadings (the **motion**). BANA filed the motion on July 20, 2018 [ECF No. 15], LVBK filed its response on August 13, 2018 [ECF No. 20], and BANA filed its reply on August 31, 2018 [ECF No. 23].

. . .

. . .

. . .

. . .

. . .

47379557;1

The motion for judgment on the pleadings deals with the threshold legal issue in this matter and likely will result in increased chance of resolution either by being granted or, by greatly increasing the likelihood of settlement if denied. The parties believe that the court should issue this ruling, as it would greatly increase judicial economy in a matter where the law and not facts are largely at issue. This is the parties' first request and is not intended to cause any delay or prejudice to any party.

DATED this 27th day of December, 2018.

| **AKERMAN LLP** | **DURRANT PETERSON LLP** |
|---|---|
| */s/ William S. Habdas* | */s/ C. Robert Peterson* |
| ARIEL E. STERN, ESQ. | NEIL B. DURRANT, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7324 |
| WILLIAM S. HABDAS, ESQ. | C. ROBERT PETERSON, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 11680 |
| 1635 Village Center Circle, Suite 200 | 11125 S. Eastern Avenue, Suite 120 |
| Las Vegas, NV 89134 | Henderson, NV 89052 |
| Telephone: (702) 634-5000 | Telephone: (702) 430-7888 |
| Facsimile: (702) 380-8572 | Facsimile: (702) 430-9993 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for LVBK, LLC* |

**ORDER**

**IT IS SO ORDERED:**



**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:18-cv-00676-RFB-NJK

DATED: December 28, 2018

47379557;1